FILED
07 MAY -4 PM 3:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORREY LEWIS,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>JOHN F. SALAZAR,<br><br>　　　　　　Respondent. | Civil No.   07cv0674 LAB (WMc)<br><br>**ORDER REQUESTING FURTHER INFORMATION REGARDING BOARD OF PAROLE HEARING** |

    Petitioner is a state prisoner proceeding with a habeas corpus action filed pursuant to 28 U.S.C. § 2254 attacking a Board of Parole Hearings ("BPH") decision. Petitioner has not stated where the BPH hearing occurred, therefore the Court cannot determine whether it retains jurisdiction over the matter.

    A petition for writ of habeas corpus attacking a BPH hearing may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which the BPH hearing took place. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). Petitioner is presently confined at Chuckawalla Valley State Prison, which is located in Riverside County and is within the jurisdictional boundaries of the United States District Court for the Central District, Eastern Division, of California. *See* 28 U.S.C. § 84(b). However, Petitioner has not indicated where the BPH hearing he challenges occurred. Thus, the Court cannot determine whether it retains jurisdiction over the matter until Petitioner indicates where the BPH hearing he is challenging

1 | took place.

2 |     In light of the above, **IT IS ORDERED** that Petitioner file a First Amended Petition
3 | stating the location of the BPH decision which he is challenging on or before **June 25, 2007.**
4 | **The Clerk of Court is directed to mail a blank First Amended Petition form to Petitioner**
5 | **along with this Order.**

6 |

7 | DATED: 5/4/07        *[signature]*
8 |                       William McCurine, Jr.
9 |                       United States District Judge